**Electronically Filed
Supreme Court
SCWC-13-0000703
14-AUG-2014
02:33 PM**

SCWC-13-0000703

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GENE WONG,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

HAWAIIAN AIRLINES, INC.,
Respondent/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000703; CIV. NO. 11-1-2459)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant/Cross-Appellee Gene Wong's Application for Writ of Certiorari, filed on June 30, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, August 14, 2014.

R. Steven Geshell
for petitioner

C. Michael Heihre
and Allison Mizuo Lee
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

